# United States Court of Appeals
## For the First Circuit

No. 16-6001

UNITED STATES OF AMERICA,

Appellee,

v.

DZHOKHAR A. TSARNAEV,

Defendant, Appellant.

**ERRATA SHEET**

The opinion of this Court, issued on July 31, 2020, is amended as follows:

On page 136, line 3, replace "not to repeat" with "not repeat"